**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KENNETH LEE WEINBERG,

    Plaintiff,

v.                                         CASE NO. 4:08cv480-MP-WCS

OFFICER ALLEY,
and PAM HODGES,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 19, 2012. (Doc. 90). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted, the defendants' motions for summary judgment should be denied, and this matter should be set for trial.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    Defendants' motions for summary judgment (docs. 48 and 81) are DENIED, and this matter shall be set for trial by separate order.

    **DONE and ORDERED** this 22nd day of March, 2012.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                CHIEF UNITED STATES DISTRICT JUDGE**